# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY J. EARL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRESNO UNIFIED SCHOOL DISTRICT, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:11-cv-01568 LJO GSA <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** <br><br> (Document 5) |

On October 31, 2011, the Magistrate Judge issued Findings and Recommendations recommending that certain causes of action be dismissed from this action. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days (30) days. Plaintiff has not filed objections.

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

//

//

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated October 31, 2011, are ADOPTED IN FULL;
2. The claims against Defendant Fresno Unified School District pertaining to sections 1981, 1983, 1985 and 1986 of Title 42 of the United States Code are dismissed with prejudice; and
3. The claim against Defendant Fresno Unified School District pertaining to the California Education Code is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   December 6, 2011**            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE